AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
### for the
### District of Vermont

2026 MAR 20  AM 10: 21

CLERK

BY **CDC**
_____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>v.<br><br>WARLLEN FONSECA-GONCALVES<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. **2:26-mj-47-1**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ March 19, 2026 _____ in the county of _____ Orleans _____ in the
_____ District of _____ Vermont _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(1) | The defendant, being an alien, entered or attempted to enter the United States at a time or place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andrew Floriani Border Patrol Agent, USBP
_____
*Printed name and title*

Sworn to via reliable electronic means under Federal Rule of Criminal Procedure 4.1(b)(2)(A),
specifically, a video call.

Date: _____ 03/20/2026 _____

_____
*Judge's signature*

City and state:  _____ Burlington, Vermont _____

Hon. Kevin J. Doyle, U.S. Magistrate Judge
_____
*Printed name and title*