UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No. 26-MJ-47 |
| | ) | |
| WARLLEN FONSECA-GONCALVES, | ) | |
| Defendant. | ) | |

**MOTION FOR DETENTION**

The United States of America moves for pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility for Detention</u>.  This defendant is eligible for detention because the case involves a serious risk that defendant will flee. *See* 18 U.S.C. § 3142(f)(2)(A).

2. <u>Reason For Detention</u>.  The Court should detain the defendant because there are no conditions of release that will reasonably assure the defendant's appearance as required.

3. <u>Rebuttable Presumption</u>.  No rebuttable presumption applies in this matter.

4. <u>Time For Detention Hearing</u>.  The United States requests the court conduct the detention hearing upon completion of the pretrial services report.

5. <u>Other Matters</u>.  As alleged in the complaint, the defendant was apprehended shortly after having unlawfully crossed the international border with Canada. The defendant is a citizen of Brazil with no legal status in the United States and with no known ties to Vermont. In addition, as it appears the defendant intended to remain in the United States, the defendant will have a substantial motivation to abscond if released in order to avoid removal.

Dated at Burlington, in the District of Vermont, March 20, 2026.

Respectfully submitted,


By:    */s/ Andrew C. Gilman*
       Andrew C. Gilman
       Assistant U.S. Attorney
       P.O. Box 570
       Burlington, VT 05402-0570
       (802) 951-6725
       Andrew.Gilman2@usdoj.gov